ACCEPTED
08-21-00057-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/2/2021 7:09 PM
ELIZABETH G. FLORES
CLERK

## NO. 08-21-00057-CV

**IN THE COURT OF APPEALS
EIGHTH DISTRICT
AT EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/2/2021 7:09:59 PM
ELIZABETH G. FLORES
Clerk

**KENNETH MCKEOUGH,**

**Appellant**

**VS.**

**CAMELOT TOWNHOMES ASSOCIATION,
INC.,**

**Appellee.**

**On Appeal from the County Court at Law No. 3
of El Paso County, Texas
Cause No. 2019DCV3303
(Hon. Javier Alvarez)**

**APPELLANT'S RESPONSE TO COURT OF APPEALS' INQUIRY
REGARDING REPORTER'S RECORD**

**TO THE HONORABLE EIGHTH COURT OF APPEALS:**

COMES NOW, KENNETH MCKEOUGH, Appellant, and files this Response to Court of Appeals' Inquiry regarding Reporter's Record, and would show unto the Court the following:

On October 29, 2021, the Court directed Appellant to inquire as to whether or not he intended to request a reporter's record in this cause. Appellant respectfully informs the Court he intends to proceed on the clerk's record alone.

Respectfully Submitted,

/s/Rick Dunbar
RICK DUNBAR
TBN: 24025336
7242 Buffalo Gap
Abilene, Texas 7966
Phone: 325/428-9450
Fax: 325/455-1912
Rickdunbar2013@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2021, a true and correct copy of the above and foregoing was forwarded all counsel of record in a manner consistent with the requirements of the law.

/s/Rick Dunbar
Rick Dunbar

## CERTIFICATE OF COMPLIANCE

I hereby certify that according to the word count function of the undersigned's word processing software, this document contains 220 words. The undersigned therefore certifies compliance.

/s/Rick Dunbar
Rick Dunbar

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Frederick Dunbar on behalf of Rick Dunbar
Bar No. 24025336
rick@galbreathlawfirm.com
Envelope ID: 58787227
Status as of 11/3/2021 8:49 AM MST

Associated Case Party: Camelot Townhomes Association, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Hugo Madrid | 24060209 | hmadrid@hmadridlaw.com | 11/2/2021 7:09:59 PM | SENT |

Associated Case Party: Kenneth McKeough

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Frederick Dunbar | 24025336 | Rickdunbar2013@gmail.com | 11/2/2021 7:09:59 PM | SENT |
| Nassim Salloum | 24102454 | nassimsalloum@hotmail.com | 11/2/2021 7:09:59 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brenda JRamirez | | bramirez@hmadridlaw.com | 11/2/2021 7:09:59 PM | SENT |
| Hugo Madrid | | hmadrid@piercemadrid.com | 11/2/2021 7:09:59 PM | ERROR |